IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward Hodges,<br><br>                    Plaintiff,<br><br>v.<br><br>Blatt, Hasenmiller, Leibsker & Moore, LLC,<br><br>                    Defendant. | No. CV-16-01557-PHX-NVW<br><br>**ORDER** |

Before the Court is the parties' Stipulation for Dismiss With Prejudice (Doc. 14). Good cause appearing,

IT IS HEREBY ORDERED granting the parties' Stipulation (Doc. 14).

IT IS FURTHER ORDERED dismissing this matter with prejudice, each party to bear their own costs and fees.

Dated this 1st day of August, 2016.

Neil V. Wake
Senior United States District Judge